

### IN THE
### TENTH COURT OF APPEALS

#### No. 10-23-00425-CR

**SADARIUS GREER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

#### From the 54th District Court
#### McLennan County, Texas
#### Trial Court No. 2021-1621-C2

## MEMORANDUM OPINION

After a jury trial, Sadarius Greer was convicted of Possession of a Controlled Substance With Intent to Deliver, To-Wit: Methamphetamine. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112. He pled "true" to one felony enhancement paragraph and the jury assessed his punishment at sixty years confinement in the Texas Department of Criminal Justice Institutional Division. *See* TEX. PENAL CODE ANN. §§ 12.42(c)(1), 12.42(f). The trial

court sentenced Greer accordingly, and this appeal followed. We affirm the judgment of the trial court.

Greer's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion, asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel's brief demonstrates a professional evaluation of the record for error and he has demonstrated compliance with the other duties of appointed counsel. *See id.* at 744; *High v. State*, 573 S.W.2d 807, 812-13 (Tex. Crim. App. [Panel Op.] 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407-09 (Tex. Crim. App. 2008). By letter, we informed Greer of his right to review the appellate record and to file a *pro se* response. Greer did not file a *pro se* response.

In reviewing an *Anders* appeal, we must conduct a full examination of the proceedings to determine whether the appeal is wholly frivolous. *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 349-50, 102 L.Ed.2d 300 (1988). Arguments are frivolous when they "cannot conceivably persuade the court." *McCoy v. Ct. of Appeals*, 486 U.S. 429, 436 (1988). We have reviewed the entire record and counsel's brief and agree that the appeal is frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment.

Counsel's motion to withdraw from representation of Greer is granted.

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Affirmed; motion granted
Opinion delivered and filed December 5, 2024
Do not publish
[CRPM]

